1  McGREGOR W. SCOTT
   United States Attorney
2  LAURA L. FERRIS
   ELLEN V. ENDRIZZI
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California  95814
   Telephone:  (916) 554-2700

**FILED**

FEB 2 8 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,              )  No.
                                          )
12              Plaintiff,                 )
                                          )  2:08-cr-0093 FCD
13        v.                              )
                                          )
14  CHARLES HEAD, JEREMY MICHAEL HEAD,     )  VIOLATIONS: 18 U.S.C.
    ELHAM ASSADI,                          )  § 371 - Conspiracy to
15     aka Elham Assadi Jouzani,           )  Commit Mail Fraud;
       aka Ely Assadi,                     )  18 U.S.C. § 1341 - Mail
16  LEONARD BERNOT, AKEMI BOTTARI,         )  Fraud (11 Counts);
    JOSHUA COFFMAN,                        )  18 U.S.C. § 1956(h) -
17  JOHN CORCORAN,                         )  Conspiracy to Commit
       aka Jack Corcoran,                  )  Money Laundering
18  SARAH MATTSON, DOMONIC McCARNS,        )
    ANH NGUYEN, OMAR SANDOVAL,             )
19  XOCHITL SANDOVAL, EDUARDO VANEGAS,     )
    ANDREW VU, JUSTIN WILEY,               )
20  and KOU YANG,                          )
                                          )  **SEALED**
21              Defendants.                )
                                          )
22  _____

23                  I N D I C T M E N T

24  COUNT ONE:  [18 U.S.C. § 371 - Conspiracy to Commit Mail Fraud]

25        The Grand Jury charges:

26                         CHARLES HEAD,
                        JEREMY MICHAEL HEAD,
27  ELHAM ASSADI, aka Elham Assadi Jouzani, aka Ely Assadi,
                         LEONARD BERNOT,

                              1

1    AKEMI BOTTARI,
     JOSHUA COFFMAN,
2    JOHN CORCORAN, aka Jack Corcoran,
     SARAH MATTSON,
3    DOMONIC McCARNS,
     ANH NGUYEN,
4    OMAR SANDOVAL,
     XOCHITL SANDOVAL,
5    ANDREW VU,
     JUSTIN WILEY, and
6    KOU YANG,

7   defendants herein, as follows:

8                    I. INTRODUCTION

9       1.   Beginning at a date no later than on or about January
10  1, 2004, and continuing to at least March 14, 2006, in the State
11  and Eastern District of California and elsewhere, the defendants
12  conspired to target homeowners in financial distress and
13  perpetrate a "foreclosure rescue" scam.  As part of the agreed to
14  scheme and artifice to defraud, the defendants contacted
15  homeowners near foreclosure, and made varying material
16  misstatements and omissions to assure homeowners that they would
17  be able to help them avoid foreclosure, keep their homes, and
18  repair their damaged credit.  Further, as a part and result of
19  the scheme and artifice to defraud, the defendants also paid
20  straw buyers who were added to or replaced the homeowners on the
21  titles to the properties, often without the homeowners'
22  knowledge; the defendants immediately applied for mortgages to
23  extract the maximum available equity from the homes; the
24  defendants shared the proceeds of the equity stripping and the
25  "rents" the victim homeowners paid to the defendants based on the
26  material misrepresentations that such payments would repair the
27  homeowners' credit; and, when the defendants chose to sell the
28  homes, stop making mortgage payments, and/or pursue eviction

                              2

1 | proceedings, those victim homeowners were left without homes,
2 | equity, or repaired credit.

3 | ## II. PARTIES, PERSONS AND ENTITIES

4 | A. Head Financial Services and Creative Loans

5 | 2. On or about August 15, 2001, defendant CHARLES HEAD
6 | incorporated, and caused to be incorporated, Head Financial
7 | Services, Inc. (HFS), in the State of California. A
8 | corresponding bank account for HFS was opened at Pacific
9 | Mercantile Bank on or about August 26, 2004.

10 | 3. On or about January 30, 2002, defendant CHARLES HEAD
11 | filed, and caused to be filed, with the State of California,
12 | multiple fictitious business names for HFS, one of which was
13 | Dynasty Realty Group. Defendant CHARLES HEAD, other defendants,
14 | and others known and unknown to the Grand Jury claimed Dynasty
15 | Realty Group as a place of employment on loan application forms.

16 | 4. On or about June 15, 2004, defendant CHARLES HEAD
17 | created, and caused to be created, a limited liability company,
18 | Creative Loans, LLC (Creative Loans), in the State of California.
19 | A corresponding bank account for Creative Loans was opened at
20 | Pacific Mercantile Bank on or about October 12, 2004.

21 | 5. At times relevant to this Indictment, defendant JEREMY
22 | MICHAEL HEAD, defendant CHARLES HEAD's brother, and defendants
23 | ELHAM ASSADI, LEONARD BERNOT, AKEMI BOTTARI, JOSHUA COFFMAN, ANH
24 | NGUYEN, OMAR SANDOVAL, XOCHITL SANDOVAL, ANDREW VU, and JUSTIN
25 | WILEY were employees of HFS.

26 | 6. At times relevant to this Indictment, defendants
27 | DOMONIC McCARNS and KOU YANG were employees of HFS and Creative
28 | Loans.

3

1    7.    At times relevant to this Indictment, defendant JOHN
2  CORCORAN was an accountant for HFS and Creative Loans.

3  B.    Other Business Entities Used in the Scheme to Defraud

4    8.    On or about December 31, 2003, defendant JEREMY MICHAEL
5  HEAD created, and caused to be created, a limited liability
6  company, Financial Enterprises, LLC (Financial Enterprises), in
7  the State of California.  A corresponding bank account was
8  created for this entity at Bank of America on or about April 12,
9  2004.

10    9.    At times relevant to this Indictment, defendant SARAH
11  MATTSON was an employee and manager of Financial Enterprises.

12    10.    On or about April 14, 2004, defendant AKEMI BOTTARI
13  created, and caused to be created, a limited liability company,
14  Dynamic Partners LLC (Dynamic Partners), in the State of
15  California.  A corresponding bank account was opened at Wells
16  Fargo Bank on or about April 30, 2004.

17    11.    On or about May 20, 2004, defendant JOSHUA COFFMAN
18  created, and caused to be created, a limited liability company,
19  Matrixx Investment Group, LLC (Matrixx), in the State of
20  California.  A corresponding bank account was opened at Bank of
21  America on or about June 11, 2004.

22    12.    On or about June 4, 2004, defendant LEONARD BERNOT
23  incorporated, and caused to be incorporated, Loan Foreclosure
24  Help, Inc. (Loan Foreclosure Help), in the State of California.
25  A corresponding bank account was opened at Citibank on or about
26  November 12, 2004.

27    13.    On or about June 15, 2004, defendant ANH NGUYEN
28  created, and caused to be created, a limited liability company,

4

1 Paragon Financial Group, LLC (Paragon), in the State of
2 California. A corresponding bank account was opened at Citibank
3 on or about September 16, 2004.

4     14. On or about June 15, 2004, defendant OMAR SANDOVAL
5 created, and caused to be created, a limited liability company,
6 Statewide Financial Group, LLC (Statewide), in the State of
7 California. A corresponding bank account was opened at Bank of
8 America on or about November 5, 2004.

9     15. On or about November 2, 2004, defendant JUSTIN WILEY
10 created, and caused to be created, a limited liability company,
11 Main Line Investment Group, LLC (Main Line), in the State of
12 California. Two corresponding bank accounts were created for
13 this entity at Bank of America, and they both were opened on or
14 about November 9, 2004.

15     16. On or about November 30, 2004, defendant ANDREW VU
16 incorporated, and caused to be incorporated, 1st Choice Financial
17 Network, Inc. (1st Choice), in the State of California. A
18 corresponding bank account was opened at Washington Mutual Bank
19 on or about August 24, 2004.

20     17. At all times relevant to this Indictment, defendant
21 ELHAM ASSADI operated a business entity under the name Bridge
22 Capital Investments (Bridge Capital). A corresponding bank
23 account was created for Bridge Capital at Bank of America on or
24 about October 15, 2004.

25     18. At times relevant to this Indictment, Nations Property
26 Management was a management entity that aided the execution of
27 the scheme to defraud. Defendant JOHN CORCORAN represented
28 himself as working for this entity.

C.    Defendants' Additional Roles During the Scheme to Defraud

    19.    Defendants CHARLES HEAD and ANDREW VU were brokers licensed with the State of California, and were listed as such on certain transactions.

    20.    Defendant JOSHUA COFFMAN was listed as a broker on at least two transactions, but has never been licensed by the State of California as a broker.

    21.    Defendant KOU YANG was listed as a broker on at least one transaction, but has never been licensed by the State of California as a broker.

    22.    Defendants SARAH MATTSON and XOCHITL SANDOVAL served as notaries on multiple transactions.

    23.    Defendants ELHAM ASSADI, LEONARD BERNOT, AKEMI BOTTARI, CHARLES HEAD, SARAH MATTSON, and JOSHUA WILEY were each a straw buyer on at least one transaction.

III. THE CONSPIRACY

    24.    Beginning at a date no later than on or about January 1, 2004, and continuing to at least March 14, 2006, in the State and Eastern District of California and elsewhere, defendants CHARLES HEAD, JEREMY MICHAEL HEAD, ELHAM ASSADI, LEONARD BERNOT, AKEMI BOTTARI, JOSHUA COFFMAN, JOHN CORCORAN, SARAH MATTSON, DOMONIC McCARNS, ANH NGUYEN, OMAR SANDOVAL, XOCHITL SANDOVAL, ANDREW VU, JUSTIN WILEY, and KOU YANG, together and with others known and unknown to the Grand Jury, knowingly combined, conspired, confederated, and agreed among themselves to devise and intend to devise a material scheme and artifice to defraud, and, for obtaining property and money by means of materially false and fraudulent pretenses, representations, and promises,

6

1  and for the purpose of executing such scheme and artifice to
2  defraud, did place and cause to be placed in any post office and
3  authorized depository for mail matter, any matter and thing,
4  whatever to be sent or delivered by the Postal Service, and
5  deposited and caused to be deposited any matter and thing,
6  whatever to be sent and delivered by any private and commercial
7  interstate carrier, and took and received therefrom, any such
8  matter and thing, and knowingly caused to be delivered by mail
9  and such carrier according to the direction thereon, and at the
10 place at which it was directed to be delivered by the person to
11 whom it was addressed, all in violation of Title 18, United
12 States Code, Section 1341 (Mail Fraud).

13     25.   The object of the conspiracy was for the defendants to
14 target homeowners near foreclosure, and, through materially false
15 and fraudulent pretenses and by making materially false and
16 fraudulent representations and promises, obtain title in order to
17 gain control of the property and steal any equity that existed in
18 the home.  It was further an object of the conspiracy for the
19 defendants to mislead and lull targeted homeowners into inaction
20 and a false sense of security so as to postpone any complaints to
21 law enforcement or any actions by the targeted homeowners that
22 could potentially disrupt the scheme to defraud.  As a result of
23 the aforementioned, the conspiracy acquired at least $6.7 million
24 in equity from homeowners.

25          IV.   MANNER AND MEANS OF THE CONSPIRACY

26     The manner and means by which the conspiracy sought to
27 accomplish its objectives was the following:

28     26.   Defendant CHARLES HEAD devised the "foreclosure rescue"

7

1    scheme and artifice to defraud and he employed and trained the
2    other defendants – using them and the business entities and bank
3    accounts identified above in varying capacities – to execute the
4    fraud with him.

5        27.  Defendants, including JEREMY MICHAEL HEAD, ELHAM
6    ASSADI, LEONARD BERNOT, AKEMI BOTTARI, JOSHUA COFFMAN, DOMONIC
7    McCARNS, ANH NGUYEN, OMAR SANDOVAL, ANDREW VU, and JUSTIN WILEY,
8    and others known and unknown to the Grand Jury, acted as sales
9    agents (the "sales agent defendants") for the plan, communicating
10   with and providing paperwork to the homeowner victims.

11       28.  In order to initiate the scheme to defraud, the sales
12   agent defendants typically made contact through a targeted
13   mailing operation.  They had lists of homeowners near
14   foreclosure, and mailed postcards advertising the foreclosure
15   rescue program to those homeowners.

16       29.  When homeowners responded, the sales agent defendants
17   would offer homeowners two "options" as part of the plan
18   defendant CHARLES HEAD had devised.  One offered a home
19   refinance, for which the homeowners would never qualify, and thus
20   was unavailable to them.  The second option was an offer from an
21   "investor", the straw buyers, to help the homeowners avoid
22   foreclosure, keep their homes, and repair their damaged credit.
23   Homeowners were told the investor would be responsible for paying
24   the mortgage, liens, taxes, and other bills.  Homeowners were
25   further told that they would be responsible only for making
26   monthly "rent" payments, to a particular defendant or entity, and
27   those payments, they were told, would improve their credit.
28       30.  During the process of acquiring the homes, the

8

1  defendants made materially false promises, representations, and
2  statements to the homeowners, which included, but were not
3  limited to:

4  •    assurances that the homeowners would remain on title with
5       the "investor";
6  •    assurances that the homeowners would be able to refinance or
7       buy back the home after an initial period;
8  •    assurances that little or no equity would be depleted;
9  •    assurances that the equity could be used to refinance the
10      home at the end of the lease period; and
11 •    assurances that the "rental" payments made by the
12      homeowners, to the defendant or business entity, would
13      repair their damaged credit.

14      31.   During the process of acquiring the homes, the
15 defendants made material omissions and failed to disclose
16 information to the homeowners, which included, but was not
17 limited to:

18 •    the use of the equity;
19 •    the fact that an additional mortgage or mortgages would be
20      taken out on the properties;
21 •    the fact that the defendants would not actively assist in
22      the repair of the homeowners' credit;
23 •    that the "investor" was often a defendant or a friend/family
24      member of a defendant;
25 •    the fact that the homeowners were not guaranteed an
26      opportunity to "buy back" their homes; and
27 •    the fact that the homeowners could be evicted from their
28      homes with little or no warning.

9

1    32.  As a further part of the conspiracy's scheme and
2  artifice to defraud, the defendants sought to strip equity from
3  the homes and take additional mortgages out on the homes to
4  generate more equity to be stolen.

5    33.  To qualify for the additional mortgages, the defendants
6  made, and caused to be made, materially false statements on loan
7  applications, pertaining to:

8  •    the use of the property as a primary residence;

9  •    occupancy agreements;

10 •    their monthly income;

11 •    their ownership of other properties; and

12 •    their employment history.

13   34.  The loan applications submitted to the lenders were
14 purportedly verified by brokers; however, this verification was
15 often false, as it was signed by other members of the conspiracy
16 who knew the document contained false information.

17   35.  At times and in order to (1) conceal the loss of title
18 and equity, (2) perpetuate the scheme, and (3) placate the
19 homeowners, the defendants made and caused to be made additional
20 material false representations and material omissions.

21                        V.  OVERT ACTS

22   In furtherance of the conspiracy, and to achieve the objects
23 thereof, the defendants, and others known and unknown to the
24 Grand Jury, performed, among others, the following overt acts in
25 the State and Eastern District of California and elsewhere:

26   36.  Between in or about April 2004 and in or about May
27 2004, defendants JOSHUA COFFMAN and CHARLES HEAD, along with a
28 notary, traveled to Fresno, California to meet with homeowner

                                10

1  S.T., and the defendants made materially false representations to
2  the homeowner concerning her home and a purported plan to ensure
3  that she and her husband could keep the home and avoid
4  foreclosure.

5      37.  On or about April 14, 2004, defendant AKEMI BOTTARI
6  filed and caused to be filed Limited Liability Company Articles
7  of Organization for Dynamic Partners, LLC with the California
8  Secretary of State's Office in Sacramento.

9      38.  Between in or about April 2004 and on or about June 15,
10  2004, defendant JEREMY MICHAEL HEAD traveled to Tulare,
11  California to visit homeowner M.S., and made materially false
12  representations to the homeowner concerning her home and a
13  purported plan to ensure that she could keep the home and avoid
14  foreclosure.

15     39.  On or about June 4, 2004, defendant JUSTIN WILEY signed
16  a four-year lease for office space for HFS.

17     40.  In or about June 2004, defendant LEONARD BERNOT
18  traveled to San Bernadino, California to meet with homeowner
19  T.W., and made materially false representations to the homeowner
20  concerning her home and a purported plan to ensure that she could
21  keep the home and avoid foreclosure.

22     41.  On or about June 15, 2004, defendant SARAH MATTSON
23  executed loan documents containing material false statements and
24  acted as a straw buyer to refinance the home of M.S., a homeowner
25  in Tulare, California.

26     42.  On or about June 15, 2004, defendant ANH NGUYEN filed
27  and caused to be filed Limited Liability Company Articles of
28  Organization for Paragon Financial Group, LLC with the California

11

1 | Secretary of State's Office in Sacramento.

2 |     43.  In or about September 2004, defendant OMAR SANDOVAL
3 | made materially false representations to homeowner L.M., of
4 | Tracy, California, concerning her home and a purported plan to
5 | ensure that she could keep the home and avoid foreclosure.

6 |     44.  On or about October 28, 2004, defendant KOU YANG
7 | forwarded an email to defendant JEREMY MICHAEL HEAD that she had
8 | received from a mortgage company account executive indicating
9 | that the company would not fund a loan for a certain property
10 | because the applicant had "bought 5 properties within the last 6
11 | months," which was a "red flag," and had overstated her income.

12 |     45.  On or about November 12, 2004, defendant XOCHITL
13 | SANDOVAL notarized paperwork relating to victim L.M. of Tracy,
14 | California.

15 |     46.  On or about November 30, 2004, defendant ANDREW VU
16 | filed and caused to be filed Articles of Incorporation for 1st
17 | Choice Financial Network with the California Secretary of State's
18 | Office in Sacramento.

19 |     47.  On or about December 6, 2004, defendant ELHAM ASSADI
20 | signed a check on Bridge Capital's account for $66,783.93,
21 | payable to Creative Loans, relating to homeowner L.D.'s home in
22 | El Cerrito, California.

23 |     48.  In or about January 2005, defendant JEREMY MICHAEL HEAD
24 | made materially false representations to homeowner E.S., of
25 | Porterville, California, concerning her home and a purported plan
26 | to ensure that she could keep the home and avoid foreclosure.

27 |     49.  In or about March 2005, defendant DOMONIC McCARNS
28 | made materially false representations to homeowner D.R., of

12

1 | Modesto, California, concerning her home and a purported plan to
2 | ensure that she could keep the home and avoid foreclosure.

3 | 50.   In or about November 2005, defendant JOHN CORCORAN sent
4 | and caused to be sent a letter to L.M., a homeowner in Tracy,
5 | California, indicating she was late on her payments.

6 | All in violation of Title 18, United States Code, Sections
7 | 371 and 2.

8 | COUNTS TWO THROUGH TWELVE: [18 U.S.C. § 1341 - Mail Fraud]

9 | The Grand Jury further charges:

10 | CHARLES HEAD,
JEREMY MICHAEL HEAD,
11 | LEONARD BERNOT,
JOSHUA COFFMAN,
12 | JOHN CORCORAN, aka Jack Corcoran,
SARAH MATTSON,
13 | DOMONIC McCARNS,
OMAR SANDOVAL, and
14 | JUSTIN WILEY,

15 | defendants herein, as follows:

16 | I. INTRODUCTION

17 | 1.   Paragraphs 1 through 23 and 26 through 35 of Count One
18 | are realleged and incorporated herein, as if fully set forth.

19 | II. THE SCHEME TO DEFRAUD

20 | 2.   Beginning at a date no later than on or about January
21 | 1, 2004, and continuing to at least March 14, 2006, in the State
22 | and Eastern District of California and elsewhere, defendants
23 | CHARLES HEAD, JEREMY MICHAEL HEAD, LEONARD BERNOT, JOSHUA
24 | COFFMAN, JOHN CORCORAN, SARAH MATTSON, DOMONIC McCARNS, OMAR
25 | SANDOVAL, and JUSTIN WILEY, together and with others known and
26 | unknown to the Grand Jury, did knowingly devise and intend to
27 | devise a material scheme and artifice to defraud and to obtain
28 | property and money by means of materially false and fraudulent

13

1  pretenses, representations, and promises.

2                    III. WAYS AND MEANS

3       3.    It was part of the scheme and artifice to defraud that
4  the defendants undertook the actions described in the allegations
5  set forth in paragraphs 36 through 50 of Count One of this
6  Indictment, which allegations are realleged and incorporated
7  herein.

8       4.    Pursuant to the scheme to defraud, defendants CHARLES
9  HEAD, JEREMY MICHAEL HEAD, LEONARD BERNOT, JOSHUA COFFMAN, JOHN
10 CORCORAN, SARAH MATTSON, DOMONIC McCARNS, OMAR SANDOVAL, and
11 JUSTIN WILEY, and others known and unknown to the Grand Jury,
12 caused items to be sent and delivered by the Postal Service or by
13 private commercial interstate carrier, to and from governmental
14 entities, private citizens, various businesses in Southern
15 California, and elsewhere.

16                    IV.    THE MAILINGS

17      5.    On or about the dates set forth below, in the Eastern
18 District and elsewhere, the defendants, together and with others
19 known and unknown to the Grand Jury, for the purpose of executing
20 such scheme and artifice to defraud, did place and cause to be
21 placed in any post office and authorized depository for mail
22 matter, any matter and thing whatever to be sent or delivered by
23 the Postal Service, and deposited and caused to be deposited any
24 matter and thing whatever to be sent and delivered by any private
25 and commercial interstate carrier, and took and received
26 therefrom, any such matter and thing, and knowingly caused to be
27 delivered my mail and such carrier according to the direction
28 thereon, and at the place at which it was directed to be

                            14

1  delivered by the person to whom it was addressed, all in

2  violation of Title 18, United States Code, Section 1341 (Mail

3  Fraud).

4      6.   In furtherance of the scheme to defraud, the

5  defendants, as identified, knowingly caused mailings and

6  deliveries by the United States Postal Service or by private

7  commercial carriers as specified below:

| COUNT | DEFENDANT(S) | DATE | FROM | TO | ITEM |
|---|---|---|---|---|---|
| 2 | CHARLES HEAD JUSTIN WILEY | June 2004 | Tulare County Clerk/Recorder | Dynasty Realty 949 South Coast Dr., Suite 450, Costa Mesa, California | Grant Deed (homeowner K.J. of Visalia, California) |
| 3 | CHARLES HEAD JEREMY MICHAEL HEAD SARAH MATTSON | May 4, 2004 | Tulare County Clerk/Recorder | Dynasty Realty 949 South Coast Dr., Suite 450, Costa Mesa, California | Grant Deed (homeowner M.S. of Tulare, California) |
| 4 | JEREMY MICHAEL HEAD | August 9, 2004 | Homeowner M.S. of Tulare, California | Financial Enterprises | $1,600 monthly payment |
| 5 | CHARLES HEAD JOSHUA COFFMAN | September 18, 2004 | Homeowner S.T. of Fresno, California | Matrixx Investment Corp. | $1,200 monthly payment |
| 6 | CHARLES HEAD | October 1, 2004 | Sacramento County Clerk/Recorder | Eduardo Vanegas 949 South Coast Dr., Suite 450, Costa Mesa, California | Grant Deed (homeowner T.T. of Sacramento, California) |
| 7 | JUSTIN WILEY | February 1, 2005 | Homeowner K.J. of Visalia, California | Main Line Investment Group Attn: Justin | $900 monthly payment |

| 8 | LEONARD BERNOT | March 3, 2005 | Homeowner B.D. of Sacramento, California | Leonard Bernot | $500 and $300 money orders |
| 9 | OMAR SANDOVAL | March 31, 2005 | Homeowners L.M. and J.M. of Tracy, California | Statewide Financial Group | $1,975 monthly payment |
| 10 | OMAR SANDOVAL JACK CORCORAN | November 2005 | Jack Corcoran Nations Property Management | Homeowners L.M. and J.M. of Tracy, California | Letter regarding monthly payment |
| 11 | DOMONIC McCARNS JACK CORCORAN | December 2005 | Jack Corcoran Nations Property Management | Homeowner D.R. of Modesto, California | Letter regarding monthly payment |
| 12 | JEREMY MICHAEL HEAD | January 13, 2006 | Homeowner E.S. of Porterville, California | Financial Enterprises | $1,000 monthly payment |

All in violation of Title 18, United States Code, Sections 1341 and 2.

COUNT THIRTEEN: [18 U.S.C. § 1956(h) - Conspiracy to Commit Money Laundering]

The Grand Jury further charges:

CHARLES HEAD,
JEREMY MICHAEL HEAD,
ELHAM ASSADI, aka Elham Assadi Jouzani, aka Ely Assadi,
LEONARD BERNOT,
AKEMI BOTTARI,
JOSHUA COFFMAN,
JOHN CORCORAN, aka Jack Corcoran,
SARAH MATTSON,
DOMONIC McCARNS,
ANH NGUYEN,
OMAR SANDOVAL,
XOCHITL SANDOVAL,
EDUARDO VANEGAS,
ANDREW VU,
JUSTIN WILEY, and
KOU YANG,

defendants herein, as follows:

///

16

1

## I. INTRODUCTION

2     1.    The allegations contained in paragraphs 1 through 23
3  and 26 through 35 of Count One of the Indictment are realleged
4  and incorporated herein, as if fully set forth.

5

## II. THE CONSPIRACY

6     2.    Beginning at a date no later than approximately January
7  1, 2004 and continuing through at least March 14, 2006, in the
8  Eastern District of California and elsewhere, defendants CHARLES
9  HEAD, JEREMY MICHAEL HEAD, ELHAM ASSADI, LEONARD BERNOT, AKEMI
10 BOTTARI, JOSHUA COFFMAN, JOHN CORCORAN, SARAH MATTSON, DOMONIC
11 McCARNS, ANH NGUYEN, OMAR SANDOVAL, XOCHITL SANDOVAL, EDUARDO
12 VANEGAS, ANDREW VU, JUSTIN WILEY, and KOU YANG, knowingly
13 combined, conspired, confederated and agreed among themselves to
14 engage and to attempt to engage, and cause and aid and abet
15 others in engaging, in monetary transactions affecting interstate
16 commerce in criminally derived property and funds of a value
17 greater than $10,000, such property and funds having been derived
18 from specified unlawful activity, that is, mail fraud in
19 violation of Title 18, United States Code, Section 1341, such
20 monetary transactions being in violation of Title 18, United
21 States Code, Sections 1956(h) and 1957.

22    3.    As a result of the conspiracy, more than $6.7 million
23 was wired from escrow closings to bank accounts controlled by the
24 defendants and their respective entities.

25

## III. MANNER AND MEANS OF THE CONSPIRACY

26     In furtherance of the conspiracy, the defendants employed,
27 among others, the following ways and means:

28    4.    The defendants caused proceeds derived from a mail

17

1  fraud scheme – namely Grant Deeds representing an ownership of
2  property – to be transferred from homeowners to the defendants
3  and straw buyers controlled by the defendants.

4      5.   Straw buyers, including defendants EDUARDO VANEGAS,
5  SARAH MATTSON, AKEMI BOTTARI, LEONARD BERNOT, JUSTIN WILEY, ELHAM
6  ASSADI, and XOCHITL SANDOVAL, as well as others known and unknown
7  to the Grand Jury, with Grant Deeds in their names, did execute
8  false loan applications prepared by them or other defendants.
9  The defendants caused the loan papers to be submitted for
10 mortgages containing material false statements regarding:

11 •    monthly income;
12 •    use as primary residence;
13 •    occupancy agreements
14 •    employment history;
15 •    ~~occupancy agreements~~; and
16 •    other property ownership and liabilities.

17     6.   Once the loans closed, the straw buyers, or defendants
18 who were acting as straw buyers, would then, either of their own
19 volition or at the direction of one or more defendants, receive
20 the funds from the newly acquired mortgages in excess of $10,000
21 from the escrow company and wire and cause the wiring of these
22 proceeds to specific bank accounts controlled by the defendants.

23     7.   In most cases the money would be received by the
24 specific bank accounts and then further split among the
25 defendants.

26                    IV. <u>OVERT ACTS</u>

27     In furtherance of the conspiracy, and to achieve the objects
28 thereof, the defendants committed, among others, the following

                              18

1  overt acts in the State and Eastern District of California and
2  elsewhere:

3  A.   Sacramento Property

4       8.   On or about October 4, 2004, defendants CHARLES HEAD
5  and EDUARDO VANEGAS caused the transfer of title for a home in
6  Sacramento, California, from homeowner T.T., to a straw buyer,
7  namely, defendant EDUARDO VANEGAS.

8       9.   On or about November 4, 2004, after title for homeowner
9  T.T.'s property in Sacramento, California had been transferred to
10  defendant EDUARDO VANEGAS, defendants CHARLES HEAD and EDUARDO
11  VANEGAS caused the filing of loan applications, containing
12  materially false information, with a mortgage company.

13       10.  On or about November 11, 2004, defendants CHARLES HEAD
14  and EDUARDO VANEGAS caused the wiring of $89,142.00, the proceeds
15  of their transaction with homeowner T.T. of Sacramento,
16  California, from Castlehead Escrow Company's Pacific Business
17  Bank account to the Wells Fargo bank account of Meridian
18  Financial Group, an entity created at the direction of defendant
19  CHARLES HEAD.

20  B.   Fresno Property

21       11.  On or about April 15, 2004, defendants CHARLES HEAD and
22  JOSHUA COFFMAN caused the transfer of title for a home in Fresno,
23  California, from homeowners B.T. and S.T. to a straw buyer.

24       12.  On or about May 11, 2004, after title for homeowners
25  B.T. and S.T. of Fresno, California had been transferred to a
26  straw buyer, defendants CHARLES HEAD and JOSHUA COFFMAN caused
27  the filing of a loan application, containing materially false
28  information, with a mortgage company.

19

1      13.  On or about May 14, 2004 defendants CHARLES HEAD,
2 JOSHUA COFFMAN, and JUSTIN WILEY caused the wiring of $95,613.43,
3 the proceeds of their transaction with homeowners B.T. and S.T.,
4 of Fresno, California, from Castlehead Escrow Company's Pacific
5 Business Bank account to Financial Enterprises' Bank of America
6 account.

7 C.   Visalia Property

8      14.  On or about April 20, 2004, defendant JUSTIN WILEY
9 caused the transfer of title for a home in Visalia, California
10 from homeowner K.J. to a straw buyer.

11      15.  On or about May 12, 2004, after title for homeowner
12 K.J. of Visalia, California had been transferred to a straw
13 buyer, defendants JUSTIN WILEY and CHARLES HEAD caused the filing
14 of a loan application, containing materially false information,
15 with a mortgage company.

16      16.  On or about May 18, 2004, defendants CHARLES HEAD and
17 JUSTIN WILEY caused the wiring of $81,153.22, the proceeds of
18 their transaction with homeowner K.J. of Visalia, California,
19 from Castlehead Escrow Company's Pacific Business Bank account to
20 Financial Enterprises' Bank of America account.

21 D.   Tulare Property

22      17.  On or about May 4, 2004, defendants JEREMY MICHAEL HEAD
23 and SARAH MATTSON caused the transfer of title for a home in
24 Tulare, California from homeowner M.S. to a straw buyer, namely,
25 defendant SARAH MATTSON.

26      18.  On or about June 7, 2004, after title for homeowner
27 M.S., of Tulare, California, had been transferred to defendant
28 SARAH MATTSON, defendants CHARLES HEAD, JEREMY MICHAEL HEAD, and

1  SARAH MATTSON caused the filing of loan applications, containing
2  materially false information, with a mortgage company.

3      19.   On or about June 17, 2004, defendants CHARLES HEAD,
4  JEREMY MICHAEL HEAD, and SARAH MATTSON caused the wiring of
5  $28,070.59, the proceeds of their transaction with homeowner M.S.
6  of Tulare, California, from Castlehead Escrow Company's Pacific
7  Business Bank account to Financial Enterprises' Bank of America
8  account.

9  E.    Modesto Property

10     20.   On or about February 16, 2005, defendants CHARLES HEAD
11  and DOMONIC McCARNS caused the transfer of title for a home in
12  Modesto, California from homeowner D.R. to a straw buyer.

13     21.   On or about March 7, 2005, after title for homeowner
14  D.R.'s Modesto, California property had been transferred to a
15  straw buyer, defendants CHARLES HEAD and DOMONIC McCARNS caused
16  the filing of loan applications, containing materially false
17  information, with a mortgage company.

18     22.   On or about March 15, 2005, defendants CHARLES HEAD and
19  DOMONIC McCARNS caused the wiring of $37,985.18, the proceeds of
20  their transaction with homeowner D.R. of Modesto, California,
21  from Castlehead Escrow Company's Pacific Business Bank account to
22  Creative Loans' Pacific Mercantile Bank.

23  F.    Tracy Property

24     23.   On or about October 7, 2004, defendants OMAR SANDOVAL,
25  XOCHITL SANDOVAL, and EDUARDO VANEGAS caused the transfer of the
26  title for a home in Tracy, California from homeowners L.M. and
27  J.M. to a straw buyer, namely, defendant EDUARDO VANEGAS.

28     24.   On or about November 12, 2004, after title for

21

1  homeowners L.M. and J.M. of Tracy, California had been
2  transferred to defendant EDUARDO VANEGAS, defendants CHARLES
3  HEAD, OMAR SANDOVAL, XOCHITL SANDOVAL, and EDUARDO VANEGAS caused
4  the filing of a loan application, containing materially false
5  information, with a mortgage company.

6      25.  On or about November 22, 2004, defendants CHARLES HEAD
7  OMAR SANDOVAL, XOCHITL SANDOVAL, and EDUARDO VANEGAS caused the
8  wiring of $68,933.66, the proceeds of their transaction with
9  homeowners L.M. and J.M. of Tracy, California, from Castlehead
10  Escrow Company's Pacific Business Bank account to Statewide's
11  Bank of America account.

12  G.    San Bernadino Property

13     26.  On or about June 3, 2004, defendants CHARLES HEAD,
14  LEONARD BERNOT, and AKEMI BOTTARI caused the wiring of
15  $72,578.07, the proceeds of their transaction with homeowner T.W.
16  of San Bernadino, California, from Castlehead Escrow Company's
17  Pacific Business Bank account to Dynamic Partners' Wells Fargo
18  Bank account.

19  H.    Los Angeles Property

20     27.  On or about June 15, 2004, defendants CHARLES HEAD,
21  AKEMI BOTTARI and XOCHITL SANDOVAL caused the wiring of
22  $60,166.44, the proceeds of their transaction with homeowner M.R.
23  of Los Angeles, California, from Castlehead Escrow Company's
24  Pacific Business Bank account to ~~Bridge Capital's~~ Wells Fargo
                                    DYNAMIC PARTNERS'
25  Bank account.

26  I.    Long Beach Property

27     28.  On or about August 24, 2004, defendants CHARLES HEAD,
28  ANDREW VU, and AKEMI BOTTARI caused the wiring of $118,702.58,

22

1 the proceeds of their transaction with homeowner J.B. of Long
2 Beach, California, from Castlehead Escrow Company's Pacific
3 Business Bank account to Dynamic Partners' Wells Fargo bank
4 account.

5 J.    Porterville Property

6        29.   On or about December 9, 2004, defendant JEREMY MICHAEL
7 HEAD caused the transfer of title for a home in Porterville,
8 California from homeowner E.S. to a straw buyer.

9        30.   On or about January 5, 2005, after title for homeowner
10 E.S. of Porterville, California had been transferred to a straw
11 buyer, defendants JEREMY MICHAEL HEAD and CHARLES HEAD caused the
12 filing of loan applications containing materially false
13 information with a mortgage company.

14        31.   On or about January 12, 2005, defendants JEREMY MICHAEL
15 HEAD and CHARLES HEAD caused the wiring of $66,518.95, the
16 proceeds of their transaction with homeowner E.S. of Porterville,
17 California, from Castlehead Escrow Company's Pacific Business
18 Bank account to Financial Enterprises' Bank of America account.

19 K.    El Cerrito Property

20        32.   On or about December 2, 2004, defendants ELHAM ASSADI
21 and CHARLES HEAD caused the wiring of $132,523.78, the proceeds
22 of their transaction with homeowner L.D. of El Cerrito,
23 California, from Castlehead Escrow Company's Pacific Business
24 Bank account to Bridge Capital's Bank of America account.

25        All in violation of Title 18, United States Code, Sections
26 ///
27 ///
28 ///

23

1956(h) and 2.


DATED: February 28, 2008

A TRUE BILL.

/s/ Signature on file w/AUSA

FOREPERSON


McGREGOR W. SCOTT
United States Attorney

24

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
*vs.*

CHARLES HEAD, JEREMY MICHAEL HEAD, ELHAM ASSADI JOUZANI, a.k.a.
ELHAM ASSADI, LEONARD BERNOT, AKEMI BOTTARI, JOSHUA COFFMAN, JOHN
CORCORAN, SARAH MATTSON, DOMONIC McCARNS, ANH NGUYEN, OMAR
SANDOVAL. .XOCHITL SANDOVAL, EDUARDO VANEGAS, ANDREW VU, JUSTIN
WILEY, and KOU YANG.

## I N D I C T M E N T

**VIOLATIONS:** 18 U.S.C. § 371 - Conspiracy to Commit Mail Fraud;
18 U.S.C. § 1341 - Mail Fraud; 18 U.S.C. § 1956(h) - Conspiracy to
Commit Money Laundering

*A true bill,*

_____ /s/ _____

*Foreman.*

*Filed in open court this* _____ 28th _____ *day*

*of* _Ecbruary_ ___ . *A.D. 20* _08_

_____ M. Caog _____

*Clerk.*

*Bail, $* __ **WARRANT: NO BAIL PENDING HEARING** – Charles Head + Domine

McCarns

_____ Summons for all other Ds only once

Charles Head is arrested.

GPO 863 525

## PENALTY SLIP

**COUNT 1:**     18 U.S.C. § 371 - Conspiracy to Commit Mail Fraud

**DEFENDANTS:**

| | | |
|---|---|---|
| CHARLES HEAD | JEREMY HEAD | ELHAM ASSADI |
| LEONARD BERNOT | AKEMI BOTTARI | JOSHUA COFFMAN |
| JOHN CORCORAN | SARAH MATTSON | DOMONIC McCARNS |
| ANH NGUYEN | OMAR SANDOVAL | XOCHITL SANDOVAL |
| ANDREW VU | JUSTIN WILEY | KOU YANG |

**PENALTY:**     Not more than 5 years imprisonment, or
Not more than $250,000 fine*, or both
Not more than 3 years of supervised release

*possibility of alternative fine based on gain or loss
18 U.S.C. § 3571(e)

**COUNTS 2-12:**     18 U.S.C. § 1341 - Mail Fraud

**DEFENDANTS:**

| | | |
|---|---|---|
| CHARLES HEAD | JEREMY HEAD | LEONARD BERNOT |
| JOSHUA COFFMAN | JOHN CORCORAN | SARAH MATTSON |
| DOMONIC McCARNS | OMAR SANDOVAL | JUSTIN WILEY |

**PENALTY:**     Not more than 20 years imprisonment, or
Not more than $250,000 fine*, or both
Not more than 3 years of supervised release

*possibility of alternative fine based on gain or loss
18 U.S.C. § 3571(e)

**COUNT 13:**     18 U.S.C. § 1956(h) - Conspiracy to Commit Money Laundering

**DEFENDANTS:**

| | | |
|---|---|---|
| CHARLES HEAD | JEREMY HEAD | ELHAM ASSADI |
| LEONARD BERNOT | AKEMI BOTTARI | JOSHUA COFFMAN |
| JOHN CORCORAN | SARAH MATTSON | DOMONIC McCARNS |
| ANH NGUYEN | OMAR SANDOVAL | XOCHITL SANDOVAL |

2:08-cr-0093 FCD

EDUARDO VANEGAS    ANDREW VU        JUSTIN WILEY
KOU YANG

PENALTY:        Not more than 10 years imprisonment, or
                Not more than $500,000 fine*, or both
                Not more than 3 years of supervised release

                *possibility alternative fine of not more than twice the amount of the
                criminally derived property involved in the transaction
                18 U.S.C. §  1957(b)(2)

Special
Assessment:     $100 for each count for which defendant is convicted