1  CANDACE A. FRY
   CA Bar No. 68910
2  2401 Capitol Avenue
   Sacramento, CA  95816
3  Telephone:  (916) 446-9322
   FAX:  (916) 446-0770
4
   Attorney for XOCHITL SANDOVAL,
5  Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>XOCHITL SANDOVAL and OMAR SANDOVAL,<br><br>　　　　　Defendants. | No. 2:08-CR-00093-KJM<br><br>APPLICATION FOR ORDER FOR TRANSPORTATION (PER DIEM ONLY)<br><br>18 U.S.C. §4285 |

　　　　Defendants XOCHITL SANDOVAL and OMAR SANDOVAL, by and through their counsel, hereby apply to this Court for an order for subsistence allowance, as follows:

　　　　1.  Defendants Omar and Xochitl Sandoval are husband and wife, both are indigent and have been appointed counsel.  Both plan to change pleas on March 20, 2013, at the time now calendared for trial confirmation and motion hearing in this matter.

　　　　2.  The Sandovals reside in Los Angeles.  They plan to travel in their own automobile to Sacramento together on Sunday, March 17, 2013, meet and confer with their attorneys on the following Monday and Tuesday, and then appear in court on Wednesday, March 20 at 9:00 a.m.  They cannot afford lodging and other subsistence expenses for their trip to and stay in Sacramento.

///

- 1 -

3. The Sandovals do not request that air fare or travel arrangements be provided to them, at considerable cost savings to the Government.

4. Accordingly, pursuant to 18 U.S.C. Section 4285, it is requested that this Court direct the United States Marshal to furnish each of defendants Omar and Xochitl Sandoval with an amount of money for subsistence expenses, not to exceed the amount authorized as per diem allowance for travel under Title 5 U.S.C. Sections 4702(a).

Respectfully submitted,

Dated: March 13, 2013        /s/ Candace A. Fry
                             CANDACE A. FRY, Attorney for
                             XOCHITL SANDOVAL, Defendant

Dated: March 13, 2013        /s/ Candace A. Fry for
                             MICHAEL B. BIGELOW, Attorney for
                             OMAR SANDOVAL, Defendant

# O R D E R

TO: UNITED STATES MARSHAL, EASTERN DISTRICT OF CALIFORNIA

Good cause appearing and in the interests of justice,

IT IS HEREBY ORDERED:

That the United States Marshal for the Eastern District of California is authorized and directed to furnish each of the above-named defendants, Omar Sandoval and Xochitl Sandoval, with subsistence for the period from March 17, 2013 through date of their court appearance on March 20, 2013, not to exceed the amount authorized as a per diem allowance for travel under Title 5 U.S.C. Section 5702(a).

Dated: March 13, 2013.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE