1 | **JAMES R. GREINER, ESQ.**
  | CALIFORNIA STATE BAR NUMBER 123357
2 | **LAW OFFICES OF JAMES R. GREINER**
  | 1024 IRON POINT ROAD
3 | FOLSOM, CALIFORNIA 95630
  | TELEPHONE: (916) 357-6701
4 | FAX: (916) 920-7951
  | E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
DOMINIC MCCARNS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR.NO.S-08-0093-KJM |
|---|---|---|
| PLAINTIFF, | ) | APPLICATION FOR |
| | ) | TRANSPORTATION ORDER |
| v. | ) | PROPOSED ORDER FOR |
| | ) | TRANSPORTATION PURSUANT TO |
| CHARLES HEAD, et al., | ) | TITLE 18 U.S.C. SECTION 4285 |
| | ) | |
| DEFENDANTS. | ) | |
| _____ | ) | |

Defendant Domonic McCarns, by and through his court appointed counsel, James R. Greiner, hereby applies to this Court for an order of subsistence allowance pursuant to Title 18 U.S.C. section 4285, to allow for Mr. McCarns to travel to and from the March 20, 2013 Trial Confirmation Hearing before this Court.    Mr. McCarns is scheduled to appear on March 20, 2013, at 9:00 a.m., on the 15th floor, Courtroom 3, of the Federal Courthouse located at 501 I Street, Sacramento, California, 95814.

Mr. McCarns, resides at 3962 Avenue of the Arts, Apartment C-409, Costa Meas, California, 92626.Mr. McCarns, with an Order from this Court, would travel on Tuesday, March 19, 2013, to meet with his investigators and counsel and then appear at 9:00 a.m., on Wednesday, March 20, 2013, before this Court at the Trial

1

Confirmation hearing. Mr. McCarns cannot afford travel, lodging, and other subsistence to enable him to attend his scheduled hearing on Wednesday, March 20, 2013, before the Honorable District Court Judge Kimberly J. Mueller.

In the interests of justice the Court is requested to arrange for Domonic McCarn's means of non-custodial transportation or furnish the fare for such transportation as follows:

1- On Tuesday, March 19, 2013, air fare travel from John Wayne Airport, located at 18601 Airport Way, Santa Ana, California, which is the closest airport to Mr. McCarns residence, to fly Mr. McCarns to the Sacramento International Airport, then to provide transportation for Mr. McCarns from the Sacramento International Airport to his lodging on Tuesday, March 19, 2013,

2- On Wednesday, March 20, 2013, for transportation from the Federal Courthouse located at 501 I Street, Sacramento, California, 95814, to the Sacramento International Airport, and for air fare to the John Wayne Airport located at 18601 Airport Way, Santa Ana, California, which is the closest airport to Mr. McCarns residence.

In addition, this Court is requested to direct the United States Marshal to furnish Mr. McCarns with an amount of money for subsistence expenses, not to exceed the amount authorized as a per diem allowance for travel under Title 5 U.S.C. section 4285(a) pursuant to Title 18 U.S.C. section 4285.

DATED: MARCH 14, 2013    RESPECTFULLY SUBMITTED
                         LAW OFFICES OF JAMES R. GREINER


                         /s/ JAMES R. GREINER
                         _____
                         JAMES R. GREINER
                         ATTORNEY FOR DEFENDANT
                         DOMINIC McCARNS

| | |
|---|---|
| 1 | |
| 2 | ORDER |
| 3 | GOOD CAUSE APPEARING, AND IN THE INTERESTS OF JUSTICE IT IS |
| 4 | ORDERED THAT the United States Marshal for the Eastern District of California is |
| 5 | authorized and directed to furnish the above-named defendant Domonic McCarns, |
| 6 | with round-trip transportation as follows: |

1- On Tuesday, March 19, 2013, air fare travel from John Wayne Airport, located at 18601 Airport Way, Santa Ana, California, which is the closest airport to Mr. McCarns residence, to fly Mr. McCarns to the Sacramento International Airport, then to provide transportation for Mr. McCarns from the Sacramento International Airport to his lodging on Tuesday, March 19, 2013,

2- On Wednesday, March 20, 2013, for transportation from the Federal Courthouse located at 501 I Street, Sacramento, California, 95814, to the Sacramento International Airport, and for air fare to the John Wayne Airport located at 18601 Airport Way, Santa Ana, California, which is the closest airport to Mr. McCarns residence.

and subsistence not to exceed the amount authorized as a per diem allowance for travel under Title 5 U.S.C. section 5702(a).

M. McCarns is indigent and financially unable to travel from his residence at 3962 Avenue of the Arts, Apartment C-409, Costa Meas, California, 92626, to Sacramento and return to his residence in Costa Mesa, California, without transportation expenses. This request is authorized pursuant to Title 18 U.S.C. section 4285.

DATED: March 14, 2013.

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE