LAW OFFICES OF SCOTT L. TEDMON
SCOTT L. TEDMON, CA BAR NO. 96171
A Professional Corporation
980 Ninth Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 449-9985
Facsimile: (916) 446-7104
Email: tedmonlaw@comcast.net

Attorney for Defendant
CHARLES HEAD

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: Cr.S-08-093-KJM |
| Plaintiff, | APPLICATION FOR TRANSPORTATION, SUBSISTENCE, AND LODGING ORDER; [PROPOSED] ORDER FOR TRANSPORTATION, SUBSISTENCE, AND LODGING PURSUANT TO 18 U.S.C. 4285 |
| vs. | |
| CHARLES HEAD, et al., | |
| Defendants. | |

**Procedural History**

In this matter, defendant Charles Head's hearing on pre-trial motions in limine is Wednesday, May 1, 2013 at 9:00 a.m. before United States District Judge Kimberly J. Mueller. Mr. Head's jury trial is set to commence on Monday, May 6, 2013 at 9:00 a.m. and is expected to last approximately five weeks. Mr. Head's personal appearance is required at trial and only five days separate the hearing on pre-trial motions in limine and jury trial. Additionally, it is important that Mr. Head be present in Sacramento the week prior to trial in order to meet

1

and confer with counsel in preparation for trial.  Mr. Head resides in Pittsburgh, Pennsylvania, is indigent and unable to afford transportation to Sacramento where his personal appearance is required for trial, nor does he has funds for subsistence and lodging during the time period set for trial.

**Application**

Application is hereby made for an Order for transportation, subsistence, and lodging for defendant Charles Head to enable him to attend the pre-trial motions in limine hearing in the above-referenced matter scheduled for May 1, 2013 at 9:00 a.m. before the Honorable Kimberly J. Mueller, through the completion of jury trial, which is expected to last approximately five weeks.

Mr. Head has advised counsel that he is unable to afford travel, subsistence, and lodging from May 1, 2013 through the completion of an expected five week jury trial.  As such, Mr. Head is requesting an Order authorizing the following:

1. Mr. Head is requesting an Order authorizing the arrangement of transportation for his one-way travel from Pittsburgh, Pennsylvania to Sacramento, California on April 30, 2013 so that he may confer with counsel after his arrival and before the pre-trial motions in limine hearing on May 1, 2013, and the commencement of his jury trial on May 6, 2013, pursuant to 18 U.S.C. Section 4285.

2. Mr. Head is requesting an Order authorizing the payment of money for subsistence and lodging from May 1, 2013 through June 10, 2013, which is the expected completion of his jury trial; not to exceed the per diem amount authorized under

2

| | |
|---|---|
|1| Section 5702(a) of Title 5, United States Code, and |
|2| pursuant to 18 U.S.C. Section 4285. |

3. Mr. Head is requesting an Order authorizing the arrangement of transportation for his one-way travel after jury trial from Sacramento, California to Pittsburgh, Pennsylvania, at a date to be determined, pursuant to 18 U.S.C. Section 4285.

Wherefore, in the interests of justice, the Court is requested to arrange for Charles Head's means of noncustodial transportation or furnish the fare for such transportation from Pittsburgh, Pennsylvania to Sacramento, California, which is the place where his appearance is required; to direct the United States Marshal to furnish Charles Head with an amount of money for subsistence and lodging expenses during his stay for jury trial which is expected to last five weeks and where his appearance is required, not to exceed the per diem amount authorized under Section 5702(a) of Title 5, United States Code, and pursuant to 18 U.S.C. Section 4285; and to furnish the fare for such transportation for Mr. Head's return after completion of jury trial from Sacramento, California to Pittsburgh, Pennsylvania.

Dated: April 23, 2013

Respectfully submitted,
LAW OFFICES OF SCOTT L. TEDMON

/s/ Scott L. Tedmon
SCOTT L. TEDMON
Attorney for Defendant
Charles Head

**ORDER [~~PROPOSED~~]**

TO: UNITED STATES MARSHAL, EASTERN DISTRICT OF CALIFORNIA.

GOOD CAUSE APPEARING, AND IN THE INTERESTS OF JUSTICE, IT IS ORDERED THAT:

The United States Marshal for the Eastern District of California is authorized and directed to furnish the above-named defendant, Charles Head, with one-way transportation from Pittsburgh, Pennsylvania to Sacramento, California on April 30, 2013 for Mr. Head's appearance at the pre-trial motions in limine hearing on May 1, 2013 at 9:00 a.m. in the United States District Court for the Eastern District of California, and for his mandatory appearance at his jury trial commencing on May 6, 2013 in the United States District Court for the Eastern District of California; and to furnish Charles Head with an amount of money for subsistence and lodging from the date of the pre-trial motions in limine hearing, which is May 1, 2013, through June 10, 2013 which is the expected duration of jury trial at which his personal appearance is required, not to exceed the per diem amount authorized under Section 5702(a) of Title 5, United States Code and pursuant to 18 U.S.C. Section 4285; and for Mr. Head's one-way return after the completion of his jury trial from Sacramento, California to Pittsburgh, Pennsylvania at a date to be determined.

Mr. Head is indigent and financially unable to travel to Sacramento, California and return to Pittsburgh, Pennsylvania without transportation expenses, and is financially unable to pay for subsistence and lodging during the expected five week

4

jury trial.  This request is authorized pursuant to 18 U.S.C. Section 4285.

**IT IS SO ORDERED.**

Dated: April 24, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE