UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case. Nos. 2:08-cr-00093 KJM and 2:08-cr-00116 KJM |
| v. | ) | |
| | ) | |
| CHARLES HEAD, et al., | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
        (X) Ad Prosequendum                                 () Ad Testificandum

Name of Detainee:     CHARLES HEAD
Detained at (custodian): Allegheny County Jail, Pittsburgh, PA

| Detainee is: | a.) | ( ) charged in this district by: (X) Indictment ( ) Information ( ) Complaint charging detainee with: |
|---|---|---|
| or | b.) | ( ) a witness not otherwise available by ordinary process of the Court |

| Detainee will: | a.) | (X) return to the custody of detaining facility upon termination of proceedings |
|---|---|---|
| or | b.) | ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature:     /s/ Michael D. Anderson
Printed Name & Phone No:     MICHAEL D. ANDERSON (916)554-2755
Attorney of Record for:     United States of America

## WRIT OF HABEAS CORPUS
        (X) Ad Prosequendum                                 () Ad Testificandum

    The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: July 5, 2013

                                                                          /s/ Kendall J. Newman
                                                                        Hon. KENDALL J. NEWMAN
                                                                        United States Magistrate Judge

___

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | CHARLES CHRISTOPHER HEAD | | Male |
| Booking or CDC #: | 169607 | DOB: | 07/01/1974 |
| Facility Address: | Allegheny County Jail | Race: | Black |
| | 950 2nd Avenue | FBI #: | 657193AB2 |
| | Pittsburgh, Pennsylvania 15219 | | |
| Facility Phone: | 412-350-2000 | | |
| Currently Incarcerated For: | 18/5902(b)(1) | | |

___

**RETURN OF SERVICE**

Executed on   _____     By: _____
                                                                                                                                       (Signature)