LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
980 Ninth Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 449-9985
Facsimile:   (916) 446-7104

Attorney for Defendant
CHARLES HEAD

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     vs.<br><br>CHARLES HEAD, et al.,<br><br>                Defendants. | Case No. 2:08-CR-093/116-KJM<br><br>**APPLICATION AND [PROPOSED] ORDER RE: SACRAMENTO COUNTY JAIL TO PROVIDE CHARLES HEAD HIS OPTICAL PRESCRIPTION CONTACTS** |

## APPLICATION

Defendant Charles Head, by and through his counsel Scott L. Tedmon, files this application for an order requiring the Sacramento County Jail to immediately provide Mr. Head his optical prescription contacts that are now located in Head's property at said Jail. The basis for this application is that Mr. Head requires prescription contacts to read and function. Without his optical contacts, Mr. Head cannot read with any degree of effectiveness, is limited in function, and suffers from severe headaches as a direct result of not having his contacts. Time is of the essence as the current optical prescription contacts Mr. Head is now using expires today.

Application and Order                                                                                    Case No. 2:08-CR-093/116-KJM

1

Mr. Head has a trial currently scheduled to begin on September 9, 2013 in Case No. 2:08-CR-0116-KJM before United States District Judge Kimberly J. Mueller.  Additionally, Mr. Head has sentencing to prepare for in Case No. 2:08-CR-0093-KJM, which is also before Judge Mueller.  Without regular and ongoing access to his optical contacts, it will be impossible for Mr. Head to review materials and assist in his defense on both of the above-referenced cases.  Therefore, it is requested this Court issue an order directing the Sacramento County Jail to immediately provide Mr. Head with his optical prescription contacts.

DATED:  August 7, 2013                         Respectfully submitted,
                                                LAW OFFICES OF SCOTT L. TEDMON

                                                /s/ Scott L. Tedmon
                                                SCOTT L. TEDMON
                                                Attorney for Defendant Charles Head

### ORDER

Based on the foregoing and good cause appearing, **IT IS HEREBY ORDERED** that the Sacramento County Jail immediately provide defendant Charles Head his optical prescription contacts that are now located in Mr. Head's property at said Jail, or wherever else they might be located at said Jail. Additionally, the Sacramento County Jail is to provide Mr. Head with regular and ongoing access to his optical prescription contacts in the future.

**IT IS FURTHER ORDERED** that the United States Marshal serve this Order on the Sacramento County Jail without delay.

**IT IS SO ORDERED.**

DATED:  August 7, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE