```
JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney For Defendant
JOSHUA COFFMAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 08-0093-KJM |
|---|---|
| Plaintiff, | ) |
| v. | ) APPLICATION FOR<br>) TRANSPORTATION ORDER<br>) PURSUANT TO 18 U.S.C. § 4285;<br>) ~~PROPOSED~~ ORDER |
| JOSHUA COFFMAN, et. al., | ) |
| Defendants. | ) |

Defendant Joshua Coffman, by and through his court appointed counsel, John Balazs, hereby applies to this Court for an order of transportation and subsistence allowance in the interest of justice pursuant to 18 U.S.C. § 4285, for Mr. Coffman's round-trip travel for a scheduled change of plea hearing on September 11, 2013, at 9:00 a.m. before U.S. District Judge Kimberly J. Mueller in the federal courthouse, 501 I Street, Sacramento, CA 95814.

1. Mr. Coffman resides in Ardmore, ~~California~~ Pennsylvania near Philadelphia, Pennsylvania. He is indigent and has been appointed counsel under the Criminal Justice Act. Mr. Coffman is unable to afford travel, lodging, and subsistence to enable him to attend his change of plea hearing in the Sacramento federal court on September 11, 2013, at 9:00 a.m.

2. Mr. Coffman requests that travel be arranged for him to fly from Philadelphia (PHL) to Sacramento (SMF) on September 10, 2013, one-night lodging on September 10, 2013, and for return travel from Sacramento to Philadelphia on September 11, 2013 after all proceedings have concluded.

For these reasons, he request an order from the Court for round-trip travel between Philadelphia and Sacramento, one-night lodging, and subsistence for a change of plea hearing on September 11, 2013 in the interest of justice.

Respectfully submitted,

Dated: August 27, 2013

/s/ John Balazs
John Balazs

Attorney for Defendant
JOSHUA COFFMAN

## ORDER

IT IS SO ORDERED. Pursuant to 18 U.S.C. § 4285 and in the interest of justice, the United States Marshal in Sacramento is authorized and directed to furnish defendant Joshua Coffman with airfare from Philadelphia International Airport (PHL) to Sacramento International Airport (SMF) on September 10, 2013, one night lodging on September 10, 2013, and for his return transportation after all proceedings on September 11, 2013. In addition, the U.S. Marshal is directed to furnish subsistence expenses not to exceed the amount authorized as a per diem allowance for travel under 5 U.S.C. § 5702(a).

Dated: August 29, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE