BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
MATTHEW MORRIS
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:08-CR-00093-KJM |
| Plaintiff, | STIPULATION AND APPLICATION FOR A MONEY JUDGMENT; ORDER |
| v. | |
| CHARLES HEAD, et al., | |
| Defendants. | |

The United States and defendant Charles Head stipulate to the entry of a Money Judgment based on the Application of the United States, as set forth below:

1. The Superseding Indictment in this case charges defendant Charles Head with Conspiracy to Commit Mail Fraud and Mail Fraud in violation of 18 U.S.C. §§ 1341 and 1349. The Superseding Indictment included a forfeiture allegation. A Bill of Particulars was filed on April 29, 2013, seeking a personal forfeiture money judgment in the amount of $4,693,937.92.

2. On May 30, 2013, defendant Charles Head was found guilty of Count One which charges him with Conspiracy to Commit Mail Fraud in violation of 18 U.S.C. § 1349, and Counts Two, Three, Five and Six which charges him with Mail Fraud in violation of 18 U.S.C. § 1341.

/////

1

3. Defendant Charles Head stipulates and agrees to forfeit voluntarily and immediately $2,000,000, as a personal money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1), which reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained as a result of violations of 18 U.S.C. §§ 1341 and 1349, to which he has been found guilty.

4. The government hereby applies for entry of a money judgment as follows:

a. Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant Charles Head in the amount of $2,000,000.

b. The above-referenced personal forfeiture money judgment is imposed based on defendant Charles Head's conviction for violating 18 U.S.C. §§ 1341 and 1349. Said amount reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained, which the defendant agrees is subject to forfeiture based on the offenses of conviction. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

5. Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Department of the Treasury and sent to the U.S. Attorney's Office, Att: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the Internal Revenue Service, Criminal Investigation in its secure custody and control.

///
///
///
///
///
///
///

6. This stipulation is not an admission of liability or guilt and in no way restricts or affects defendant Charles Head's right to appeal the judgment or sentence in his criminal case.

| | |
|---|---|
| DATED: 9/16/2013 | BENJAMIN B. WAGNER<br>United States Attorney |
| | /s/ Kevin C. Khasigian<br>KEVIN C. KHASIGIAN<br>Assistant U.S. Attorney |
| DATED: 9-16-13 | /s/ Charles Head<br>CHARLES HEAD<br>Defendant |
| DATED: 9/16/13 | /s/ Scott L. Tedmon<br>SCOTT L. TEDMON<br>Attorney for Defendant |

(Original signatures retained by attorney)

## ORDER

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Charles Head in the amount of $2,000,000. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the Internal Revenue Service, Criminal Investigation, in its secure custody and control.

IT IS SO ORDERED.

DATED: September 18, 2013.

_____
UNITED STATES DISTRICT JUDGE

3